FILED
MAR 10 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk* Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAEQUAN DEMETRIUS EVANS,<br><br>Defendant. | Criminal No.: 2:26-mj __65__ |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Detective Timothy S. Kelly, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, being duly sworn, depose and state as follows:

**EXPERIENCE AND TRAINING**

1. Your Affiant is a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and has served in that capacity since January 6, 2022. Your Affiant is currently assigned to the Norfolk, Virginia Field Office and is charged with investigating violations of federal firearms, explosives, and arson laws.

2. After retiring from the United States Navy as a Chief, your Affiant began his law enforcement career with the Virginia Beach Police Department (Virginia) in March 2017. Your Affiant graduated from the Virginia Beach Police Department's Basic Law Enforcement Academy in September 2017. During that training your Affiant received basic law enforcement training, to include training in illegal drug identification, and enforcement of drug and explosives laws. During your Affiant's employment with the Virginia Beach Police Deparment your Affiant has received continued training on illegal drugs, to include the way they are packaged, transported, sold, and used. Additionally, your Affiant has also attended training on explosives to

1

include, but not limited to, the course "Homemade Explosives: Awareness, Recognition, and Response" through the New Mexico Institute of Mining and Technology (NMT).

3. During your Affiant's career with the Virginia Beach Police Department, your Affiant has worked as a Patrol Officer, on a Community Oriented Policing (COP) Squad, on an Oceanfront Community Oriented Policing (OCOP) Squad, and currently as a Detective assigned to the Crime Gun Investigative Squad (CGIS). While assigned to these positions, your Affiant has conducted criminal law enforcement to include organizing and assisting with numerous operations that resulted in arrests for violent crime, sex offenses, and weapons violations in the City of Virginia Beach along with numerous similar investigations throughout the Hampton Roads area.

4. As a federal Task Force Officer, your Affiant is authorized to investigate violations of federal law and to execute warrants under the authority of the United States.

5. Your Affiant is only submitting those facts which he believes are necessary to establish probable cause in this matter. This affidavit should not be construed as a complete statement of all the information generated from the investigation.

6. I submit this Affidavit in support of a criminal complaint and arrest warrant charging Raequan Demetrius EVANS with Possession of a Firearm by Prohibited Person, in violation of 18 U.S.C. §§ 922(g).

7. The statements in this affidavit are based, in part, on my investigation of this matter along with information provided by other law enforcement officers/agents. I have become aware of the facts and circumstances described below through my personal observation, reports completed by the Virginia Beach Police Department, and information provided by other law enforcement officers/agents.

## PROBABLE CAUSE

8. On July 11, 2025, Officers Small and Santare with the Virginia Beach Police Department Third Precinct Crime Suppression Squad conducted a traffic stop on a white BMW displaying Virginia tags TCX2995 at the 900 Blk of S. Rosemont Rd in Virginia Beach after the registered owner of the vehicle, Raequan Demetrius EVANS, came back being revoked. Officer Small walked up to the driver side of the vehicle, verified EVANS as the driver and sole occupant of the vehicle, and advised Evans of the reason for the traffic stop.

9. Prior to allowing EVANS to retrieve the registration for the vehicle out of the glove compartment, Officer Small asked EVANS if there were any firearms in the vehicle. EVANS stated, "I don't know." EVANS was asked to step out of the vehicle so a weapons frisk of the vehicle could be conducted.

10. During the weapons frisk of the vehicle, a single round of Luger 9mm ammunition was located on the driver's side back seat under a bag. A black Springfield Hellcat 9MM S/N: BB502086 was also located in a cross-body bag on the front passenger side floorboard within EVANS' reach.

11. EVANS was detained and a criminal history check was conducted by Virginia Beach Police Department Services Unit where EVANS returned as a Violent Convicted Felon. EVANS was arrested and charged with Felon in Possession of a Firearm (18.2-308.2), Carry Loaded Firearm in Public (18.2-287.4), and Driving Under Revocation (46.2-301).

12. EVANS is a 7-time convicted felon for crimes punishable by imprisonment for a term exceeding one year and is prohibited from possessing firearms. EVANS further self-admitted to being a member of Bounty Hunter Watts 4-Line Criminal Street Gang to the Virginia Beach Sheriff's Office Intel Unit in July 2022.

13. The Springfield Hellcat firearm has been test fired and determined to be functional. Further research was conducted, and investigators determined the firearm was manufactured outside of the Commonwealth of Virginia. Therefore, the firearm was possessed in or affected interstate and/or foreign commerce.

## CONCLUSION

14. Based on the above facts, your Affiant submits there is probable cause to believe that on or about July 11, 2025, in the Eastern District of Virginia, Raequan Demetrius EVANS, knowing that he had been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess a firearm, said firearm having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

15. Your affiant respectfully requests the Court issue an arrest warrant for Raequan Demetrius EVANS for this offense.

_____
Timothy S. Kelly
Task Force Officer, Bureau of Alcohol,
Tobacco, Firearms and Explosives

Sworn to and subscribed to
before me on March 10, 2026.

_____
Hon. Douglas E. Miller
United States Magistrate Judge